**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00489-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARON LAVAR WALKER,

    Defendant.

## ORDER SETTING TRIAL DATES

Pursuant to a telephone conference between counsel and Chambers staff, it is ORDERED that the following trial dates have been set:

1) A one-hour hearing on all pending motions and Final Trial Preparation Conference is set for **April 23, 2010 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe more time is necessary for such hearing, they should notify the Court by motion.

2) A three-day jury trial is set for **May 10, 2010 at 9:00 a.m.**, in Courtroom A602.

DATED: February  09 , 2010

                              BY THE COURT:

                              *Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge